1    RONALD F. LOPEZ, CA BAR NO. 111756, rflopez@thelen.com
     MARLENE WILLIAMS, CA BAR NO. 197107, mjwilliams@thelen.com
2    **THELEN REID BROWN RAYSMAN & STEINER LLP**
     101 Second Street, Suite 1800
3    San Francisco, CA 94105–3606
     Telephone: (415) 371–1200
4    Facsimile: (415) 371–1211

5    ROBERT E. KREBS (SBN 57526), rkrebs@thelen.com
     CHRISTOPHER L. OGDEN (SBN 235517), cogden@thelen.com
6    **THELEN REID BROWN RAYSMAN & STEINER LLP**
     225 West San Carlos Street, Suite 1200
7    San Jose, CA 95113
     Telephone: (408) 292–5800
8    Facsimile: (408) 287–8040

9

10   Attorneys for Plaintiffs
     EXTREME CCTV, INC. and
11   FORWARD VISION CCTV LIMITED

12

13                  UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16   EXTREME CCTV, INC.,                Case No.: C 07 4819
     a foreign corporation, and
17                                      **COMPLAINT FOR PATENT
     FORWARD VISION CCTV LIMITED, a     INFRINGEMENT, TRADEMARK**
18   foreign corporation,              **INFRINGEMENT, UNFAIR
                                        COMPETITION AND TRADE DRESS
19              Plaintiffs,             INFRINGEMENT**

20        vs.

21   SAY SECURITY GROUP USA,
     an Ohio limited liability company,   **DEMAND FOR JURY TRIAL**
22
                Defendant.
23

24

25

26

27

28

1
## PARTIES, JURISDICTION AND VENUE

2       1.    Plaintiff Extreme CCTV, Inc. ("Extreme") is a Vancouver, British Columbia

3   company having its principal place of business at 3021 Underhill Avenue Burnaby, British

4   Columbia, Canada V5A 3C2.

5       2.    Plaintiff Forward Vision CCTV Limited ("Forward") is a British company having

6   its principal place of business at Noteberne House, 84 High Street, Southampton, United

7   Kingdom.  Forward is a wholly owned subsidiary of Extreme.

8       3.    On information and belief, defendant SAY Security Group USA, LLC ("SAY") is

9   an Ohio corporation having its principal place of business at 520 E. Montford Avenue, ADA,

10  Ohio, 45810.  On information and belief, SAY is part of an international group of companies

11  including SAY Security Group Hong Kong, based in Shenzhen, China, a region having a

12  reputation for widespread trademark infringement.

13      4.    On information and belief, SAY distributes and sells products in California,

14  including its Titan PTZ camera.  In order to advertise and sell products, SAY purchases "adwords"

15  from Google.  Google is headquartered in Santa Clara, California.  Under the Google Inc.

16  Advertising Program Terms, SAY consents to personal jurisdiction in Federal or State Courts of

17  Santa Clara County.

18      5.    This action arises under the patent laws of the United States (Title 35 of the United

19  States Code), under the trademark laws of the United States (15 U.S.C. §1114, §1117-8, and

20  §1125(a)).

21      6.    This court has subject matter jurisdiction pursuant to 15 U.S.C. §1116, §1121, and

22  28 U.S.C. §1338(a).

23      7.    Venue in this district is proper pursuant to 28 U.S.C. §1391(b) and §1400(b).

24
## COMMON ALLEGATIONS

25      8.    For over a decade, Extreme and its subsidiaries, have been in the business of

26  manufacturing surveillance video cameras and related products namely, mounting brackets, boxes,

27  covers, housings, domes, pan/tilt motors, microphone modules, power supplies, battery packs,

28

1  lens, infrared illuminators, control modules, radio frequency transmitters and light emitting diode

2  illuminators.

3      9.    Extreme and its subsidiaries, have designed, developed and manufactured these

4  advanced infrared illuminators and precision engineered surveillance solutions for critical

5  infrastructure, defense, Homeland Security, transportation and national heritage sites.  Extreme

6  cameras and illuminators are being delivered to critical locations on every continent.

7                      **COUNT ONE – PATENT INFRINGEMENT**

8      10.    Extreme and Forward incorporate by reference paragraphs one (1) through nine (9)

9  herein.

10     11.    Forward is the owner of United States Design Patent No. D452,697 (the "'697"

11  patent), issued on January 1, 2002, and has the right to sue on the '697 patent.  A copy of the '697

12  patent is appended as Exhibit A.

13     12.    Extreme and its subsidiaries manufacturer, market and sell a product pursuant to the

14  '697 patent known as the Moondance, a Metal PowerDome PTZ Camera.  A copy of a screen shot

15  from Extreme's website depicting the Moondance is appended as Exhibit B.

16     13.    SAY is marketing, distributing and selling products covered by one or more claims

17  of the '697 patent, including a product known as the Titan, a Metal SpeedDome PTZ Camera.  A

18  copy of a screen shot from SAY's website depicting the Titan is appended as Exhibit C.

19     14.    SAY has infringed, and is continuing to infringe, the '697 patent by selling, offering

20  to sell, and/or using within and/or importing into the United States products covered by one or

21  more of the claims of the '697 patent.

22     15.    SAY's infringement of the '697 patent is and has been willful, has caused and will

23  continue to cause Extreme to suffer substantial damages, and has caused and will continue to

24  cause Extreme to suffer irreparable harm for which there is no adequate remedy at law.

25     16.    Extreme and its subsidiaries have placed any and all required statutory notices on

26  all products manufactured and sold under the '697 patent.

27     17.    On February 2, 2007, plaintiff demanded that SAY cease and desist from its

28  infringement of Extreme's patent by means of a written demand letter.

18.    SAY has failed and refused to desist from infringing the '697 patent, and will continue to so infringe unless enjoined by this Court.

19.    SAY's infringing conduct has damaged plaintiffs in an amount to be proven at trial.

## COUNT TWO – TRADEMARK INFRINGEMENT

20.    Extreme incorporates by reference paragraphs one (1) through nine (9) herein.

21.    Extreme has been selling surveillance video cameras using the "EXTREME CCTV" trade name and trademark continuously throughout the United States and internationally since at least as early as January 31, 2000.

22.    Extreme owns Registration No. 2,663,808 on the Principal Register of the United States Patent and Trademark Office for EXTREME CCTV for "surveillance video cameras, namely mounting brackets, microphone modules, electrical power supplies, lens, explosion-proof housings; infrared illuminators." This was filed on January 19, 2000 and registered on December 17, 2002. A true and correct copy of this registration is appended as Exhibit D.

23.    Extreme has been selling PTZ surveillance cameras using the "MOONDANCE" trademark continuously throughout the United State and internationally since at least as early as September 3, 2003.

24.    Extreme owns Registration No. 2,944,304 for MOONDANCE on the Principal Register of the United States Patent and Trademark Office for "surveillance video cameras and related products, namely mounting brackets, boxes, covers, housings, domes, pan/tilt motors, microphone modules, power supplies, battery packs, lens, infrared illuminators, control modules, radio frequency transmitters, light emitting diode illuminators." This was filed on December 7, 2001 and registered on April 26, 2005. A true and correct copy of this registration is appended as Exhibit E.

25.    The "EXTREME CCTV" trade name and trademark and the "MOONDANCE" trademark (collectively the "Extreme Marks") are inherently distinctive symbols of Extreme's products. Through continuous use for over seven and three years, respectively, the Extreme marks have acquired substantial goodwill, have become a valuable asset as a symbol of Extreme's quality

1    products, and have become well known throughout the United States and internationally in the

2    trade and among customers in the surveillance camera industry.

3         26.    Over the years, Extreme has invested considerable resources in establishing the

4    Extreme Marks in the minds of customers as a source of high quality surveillance cameras,

5    mounting brackets, and accessories related thereto.

6         27.    Extreme markets its goods under the Extreme Marks through distributors in the

7    United States who advertise such goods on the internet, and Extreme also markets directly to

8    potential customers using the internet and its website at www.extremecctv.com. A significant

9    amount of marketing of Extreme's goods in conducted over the internet.

10        28.    By virtue of its prior use and registration of the Extreme Marks, Extreme is the

11   senior owner of all right, title and interest in the Extreme Marks.

12        29.    SAY is a seller of products identical to those sold under the Extreme Marks,

13   including a product known as the Titan, a PTZ camera that is substantially the same to Extreme's

14   MOONDANCE PTZ camera.

15        30.    On information and belief, SAY has purchased certain "adwords" from Google Inc.

16   that incorporate the Extreme Marks, including "Moondance PTZ", "Extreme Moondance PTZ",

17   "Extreme CCTV PTZ", "Extreme CCTV Moondance", and "Extreme CCTV Moondance PTZ"

18   (collectively, the "Adwords").

19        31.    When a user of the Google internet search engine enters these Adwords, the search

20   engine generates links to SAY's website at the top and on the margins of Google's search results

21   page (the "Sponsored Links").

22        32.    For example, when a user enters the term "Moondance PTZ" in the Google search

23   engine, the Sponsored Link depicted below appears, or has appeared, as the first search result:

24

25        Titan - Ruggedized **PTZ**
          www.saysecurity.com    Extreme Environment, Marin CCTV
          Ballistic, IP68, 18X, 26X, 36X Zoom

26

27   This Sponsored Link not only appears prominently when users type in Extreme's MOONDANCE

28   mark combined with PTZ, the generic product name, but the text of the link also contains both

1    terms of the EXTREME CCTV trademark and trade name. When a user clicks on the Sponsored

2    Link, he is taken directly to the web page advertising SAY's THE TITAN PTZ Camera as shown

3    in Exhibit C hereto. A true and correct copy of a printout of the fist page of Google results for this

4    search is appended as Exhibit F.

5       33.    The intended result of the purchase and use by SAY of these Adwords and the use

6    of EXTREME and CCTV in the Sponsored Links is to confuse users regarding the sponsorship,

7    authorization and source of the Sponsored Links and to divert to SAY's website consumers who

8    wish to find Extreme's products.

9       34.    The purchase and use by SAY of these Adwords and Sponsored Links is likely to

10   cause confusion or mistake or deception of purchasers as to the source of origin of SAY's goods

11   who access the SAY website through the Sponsored Link.

12      35.    Users who reach SAY through a Sponsored Link are likely to believe that SAY is a

13   distributor of Extreme's products or is otherwise affiliated with Extreme.

14      36.    Purchasers are likely to purchase SAY's goods believing they are Extreme's,

15   thereby resulting in a loss of sales to Extreme.

16      37.    SAY's conduct constitutes trademark infringement in violation of Section 32 of the

17   Lanham Act (15 U.S.C. § 1114).

18      38.    Extreme has no control over the quality of the goods sold by SAY, and because of

19   the confusion as to the source engendered by SAY, Extreme's valuable goodwill in respect to the

20   Extreme Marks are at the mercy of SAY.

21      39.    The infringement by SAY has been willful and deliberate, designed specifically to

22   trade upon the enormous goodwill associated with Extreme's trademarks.

23      40.    The goodwill of Extreme's business under its Extreme Marks is of enormous value,

24   and Extreme will suffer irreparable harm should infringement be allowed to continue to the

25   detriment of its trade reputation and goodwill.

26      41.    SAY's infringement will continue unless enjoined by this Court.

27

28

1    **COUNT THREE – UNFAIR COMPETITION UNDER FEDERAL LAW**

2    42.    Extreme incorporates by reference paragraphs one (1) through nine (9) and twenty

3    (20) through forty-one (41) herein.

4    43.    SAY's conduct constitutes false designation of origin and unfair competition in

5    violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

6    44.    Extreme has no control over the quality of the goods sold by SAY, and because of

7    the confusion as to the source engendered by SAY, Extreme's valuable goodwill in respect to the

8    Extreme Marks are at the mercy of SAY.

9    45.    The false designation of origin and unfair competition by SAY has been willful and

10    deliberate, designed specifically to trade upon the enormous goodwill associated with Extreme's

11    trademarks.

12    46.    The goodwill of Extreme's business under its Extreme Marks is of enormous value,

13    and Extreme will suffer irreparable harm should false designation of origin and unfair competition

14    be allowed to continue to the detriment of its trade reputation and goodwill.

15    47.    SAY's false designation of origin and unfair competition will continue unless

16    enjoined by this Court.

17    **COUNT FOUR – TRADE DRESS INFRINGEMENT**

18    48.    Plaintiffs incorporate by reference paragraphs one (1) through nine (9), and twenty

19    (20) through forty-one (41) herein.

20    49.    The total image of the MOONDANCE product, including its shape and product

21    design, constitutes protectable trade dress.

22    50.    The MOONDANCE product's trade dress is non-functional—it is not essential to

23    the product's purpose and it is not dictated by concern for cost efficiency.

24    51.    The MOONDANCE product's trade dress is distinctive; it identifies Extreme as the

25    single source of the product, thereby distinguishing it from other products. Over the years, the

26    trade dress has acquired secondary meaning as, more and more, the consuming public has come to

27    associate the design with Extreme.

28

SF #1324624 v1                    -7-
                               Complaint

52. The product design of SAY's THE TITAN camera is identical or nearly identical to that of the Extreme MOONDANCE camera, so incorporates Extremes proprietary trade dress.

53. The use by SAY of Extreme's trade dress is likely to cause confusion among consumers.

54. SAY's actions constitute trade dress infringement in violation of the Lanham Act, 15 U.S.C. § 1125(a).

55. Extreme has no control over the quality of the goods sold by SAY, and because of the confusion as to the source engendered by SAY, Extreme's valuable goodwill in respect to its trade dress are at the mercy of SAY.

56. The infringement by SAY has been willful and deliberate, designed specifically to trade upon the enormous goodwill associated with Extreme's trade dress.

57. The goodwill of Extreme's business under its trade dress is of enormous value, and Extreme will suffer irreparable harm should infringement be allowed to continue to the detriment of its trade reputation and goodwill.

58. SAY's infringement will continue unless enjoined by this Court.

WHEREFORE, Extreme requests:

1. A temporary restraining order and preliminary injunction enjoining SAY and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from infringing on the '697 patent during the pendency of this action;

2. A permanent injunction enjoining SAY and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from further infringement of the '697 patent;

3. A temporary restraining order and preliminary injunction enjoining SAY and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from infringing the Extreme Marks and trade dress and from engaging in false

1   designation of origin and unfair competition with respect to the Extreme Marks and trade dress,

2   and from injuring Extreme's reputation during the pendency of this action;

3        4.     A permanent injunction enjoining SAY and its affiliates, subsidiaries, officers,

4   directors, employees, agents, representatives, licensees, successors, assigns, and all those acting

5   for any of them or on their behalf, or acting in concert with them, from further from infringing the

6   Extreme Marks and trade dress and from engaging in false designation of origin and unfair

7   competition with respect to the Extreme Marks and trade dress, and from injuring Extreme's

8   reputation;

9        5.     That SAY be required to account to Extreme for SAY's profits, the actual damages

10   suffered by Extreme as a result of SAY's acts of infringement and false designation of origin,

11   together with interest and costs;

12        6.     That SAY be ordered to discontinue its purchase of any Adwords and use of

13   Sponsored Links incorporating any trademarks owned by Extreme;

14        7.     That SAY be ordered to destroy all products and other materials constituting

15   infringement of the Extreme Marks or Extreme's trade dress;

16        8.     Compensatory damages and its costs and interest;

17        9.     Treble damages for SAY's willful infringement;

18       10.     Reasonable attorneys' fees under 35 U.S.C. § 285 and 15 U.S.C. § 1117; and

19       11.     Such other relief as the Court deems just and proper.

20                                 **JURY DEMAND**

21   Extreme demands a trial by jury on all issues so triable.

22

23   Dated: September 19, 2007            THELEN REID BROWN RAYSMAN & STEINER

24

25                      *Christopher L. Ogden*

26            By:                                              
                     Christopher L. Ogden

27                      Attorneys for plaintiff Extreme CCTV, Inc.

28

# EXHIBIT  A

US00D452697B1

(12) **United States Design Patent**    (10) Patent No.:     **US D452,697 S**
Fallowfield et al.       (45) Date of Patent:   \*\*   **Jan. 1, 2002**

(54) **CAMERA MOUNTING**

(75) Inventors: **Alan John Fallowfield**, Pennington;
**Martin William Willis**, Fleet, both of
(GB)

(73) Assignee: **A-109 Company Limited**, East Wellow
(GB)

(\*\*) Term:    **14 Years**

(21) Appl. No.: **29/102,494**

(22) Filed:    **Mar. 25, 1999**

(30)     **Foreign Application Priority Data**

Sep. 29, 1998    (GB) ................................. 2078044

(51) **LOC (7) Cl.** ........................................ **16-05**
(52) **U.S. Cl.** ............................................. **D16/242**
(58) **Field of Search** ................................ D16/237, 242,
D16/245, 203; 348/373–376, 143; 248/177.1,
178.1, 183.3, 187.1; 396/419, 427, 428

(56)      **References Cited**

U.S. PATENT DOCUMENTS

3,916,097 A   \*   10/1975   Imai ................................ 396/419

| | | | | |
|---|---|---|---|---|
| D248,305 S | \* | 6/1978 | Scott | D16/203 |
| 4,736,218 A | \* | 4/1988 | Kutman | 396/427 |
| D308,067 S | \* | 5/1990 | Mednick | D16/245 |
| 5,181,120 A | \* | 1/1993 | Hickey et al. | 348/373 |
| 5,905,923 A | \* | 5/1999 | Chitsaz et al. | 396/428 |

\* cited by examiner

*Primary Examiner*—Adir Aronovich
(74) *Attorney, Agent, or Firm*—Mattingly, Stanger &
Malur, P.C.

(57)        **CLAIM**

The ornamental design for a camera mounting, as shown and
described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a camera mounting
showing my new design;

FIG. **2** is a side elevational view thereof; and,

FIG **3** is a bottom plan view thereof.

The broken lines in FIG. 1 and 2 are shown to illustrate
environment only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





# FIG. 1



**FIG. 2**



# FIG. 3

EXHIBIT  B



# Extreme CCTV®
## SURVEILLANCE SYSTEMS

| HOME | COMPANY | INVESTOR RELATIONS | TECHNOLOGY | PRODUCTS | MARKETS | CONTACT |

EXTREME ZONE

SIGN IN | Forgot? | Register

E-mail
Password

Home > Products > Moondance® PowerDome™

## Moondance

**Metal PowerDome PTZ Camera - IP68**

Download Specification Sheet PDF
Download Installation Manual PDF
Download A&E Specification

Featuring an innovative Metal PowerDome design, Moondance is a rugged PTZ camera designed for extreme weather environments and absolute PTZ performance. Constructed of CNC-milled aluminum, Moondance is IP68 sealed for total protection against dust ingress and periods of immersion under pressure, providing absolute performance through hurricane conditions. A small, flat optical window, external wiper and internal heater make Moondance ideal for the harshest outdoor environments.

- Flat glass window with external wiper and internal heater
- Most comprehensive viewing range of any speed dome, including above the camera and below the camera
- Moondance PTZ Day-Night Performance Video

- Marine environments
- Defense
- Commercial buildings
- Transportation
- Government sites
- Airports
- Flagpoles

### Product Categories ▼

New Black Diamond™
New Products

Infrared Illuminators
Infrared Imagers™
Integrated Day-Night™
Hi-Impact Domes
Explosion-Protected
All-Environment
Moondance® PowerDome™
REG® License Plate Capture
MEDC™
Extreme Optics
WZseries™
Accessories
Extreme CCTV PDF Brochure
Video Footage
Case Studies
Product Releases
Distribution Partners

CLICK FOR LARGER IMAGE

HOME  COMPANY  INVESTOR  TECH  PRODUCTS  MARKETS  CONTACT

© 2007 Extreme CCTV. All Rights Reserved.

# EXHIBIT  C

The Titan PTZ speed dome: Explosion proof, Bullet Proof, Vandal Proof, Water Proof (IP68), Alyminum alloy and stainless steel design, Sou ... Page 1 of 4



Home   Contact Us   Download Catalog

**Products**

**Products**

**XOS DVRs**
- Rack DVR
- Compact DVR
- Lite

**Embedded**
- DVW-304N DVR
- DVW-304T DVR
- DVW-516 DVR
- DVW-816 DVR
- 4 Camera DVR Kit

**Mobile Surveillance**
- X6 Mobile DVR
- Mobile Accessories
- Mobile Cameras
- Roadguard
- MIL-Flashcam

**Cameras**
- PTZ
- Dome
- Box
- Mobile
- Weather Proof

**Network**
- NVR

Company    Products    Support    Dealers

Products





* Explosion proof
* Bullet proof
* Vandal proof
* Water proof (IP68)

 View Images    Documentation

 Accessories    Specifications



Accessories

Overview



The Titan Speed Dome is designed to be resistant to impact from stones, bricks; normal explosion and even short gun bullets, it is ideal for high security and/or hazardous environments applications, such as:
Navy, military, nuclear plants, seafronts, harbors, shipping, embassy
Police vehicles, armored vehicles, airports, high crime area and so on.

1. The Titan's body machined from .2 inches ~ .5 inches thick *Aluminum alloy* or *Stainless Steel*, true robust design:

http://www.saysecurity.com/thetitan.html

- Encoder/ Decoder

*Explolsion Resistant*
*Bullet Resistant*
*Vandal Resistant*
*Water Resistant (IP68)*

1. Flat designed optics window from filmed and toughened glass (.2 inches thick) offers distortion free image and maximum vandal resistant protection for IOP (Integrated Optical Package) camera module
2. Sealed to IP68, capable of withstanding complete submersion
3. 360° continuous rotation for both pan and tilt
4. User adjustable 360° angle yoke allows the camera to look vertically downwards from pole top

**Features**

- Built-in hi-resolution and big zoom IOP module (See camera SPECs)
- Built-in temperature control
- On-Screen-Display programming menu
- On-Screen-Display inside temperature
- On-Screen-Display pan/tilt/zoom position
- User definable temperature alert
- User definable 8 preset tours
- User definable preset frozen
- User definable 128 target presets and PTZ learn pattern
- User definable auto-scan/random scan/frame scan
- User definable scan speed
- User definable power-up action
- Preset speed : Pan: 250°/s , Tilt:200°/s
- Variable manual pan speed 0.1°-150°/s
- Variable manual tilt speed 0.1°-80°/s

- Optional alarm interface unit
- RS-485 PELCO-P/D
- Proportional pan speed
- Surge protection & non-volatile memory
- IP68/CE/FCC/MA/RoHS compliance

Explosion-Resistant compliance



356mm

Case 4:07-cv-04819-CW    Document 1    Filed 09/19/2007    Page 20 of 29

The Titan F12 Speed dome: Explosion Proof, Bullet Proof, Vanal Proof, Water Proof (IP66), Aluminum alloy and stainless steel design, 360°... Page 3 of 4

8/20/2007



Screen Shots

Specifications

## Mechanics

1. Thickness of die-cast Al alloy or stainless steel body: .2 inches ~ .5 inches
2. Thickness of flat designed optics window from filmed and toughened glass: 5mm
3. Continues working temperature -40°F ~ +140°F
4. Dimension(LxDxH) 8.5x8.5x14inches
5. weight 18.7 LBS

## Electric specification

1. Input voltage: 18VAC—30VAC/18VDC-30VDC
2. Input power: 35VA no heater 50VA has heater
3. Heat up and defrost: control by temperature sensor

## Pan/Tilt specification

- Pan/tilt speed:  Pan 0.1°-150°/s    Tilt: 0.1°-80°/s
- Preset speed:  Pan 250°/s        Tilt 200°/s
- Scan: Auto/random/preset patrol
- Auto scan:        1°-40°/s
- Pan rotation:      360° continues
- Tilt rotation:      360°continuesPreset:
- 8 preset tours with dwell time 1~99seconds.

## Order Guide with IOP Camera Module

| Model | TN612-18S | TN612-26S | TN612-35S |
|-------|-----------|-----------|-----------|
| Scan | 2:1 interlace | 2:1 interlace | 2:1 interlace |
| CCD | 1/4 inch CCD | 1/4" Super HAD | 1/4 inch CCD |
| Pixel | 752X582 PAL | 752X582 PAL | 752X582 PAL |

| Lens | 4.1mm—73.8mm | 3.5mm—91mm | 3.5mm—125mm |
|---|---|---|---|
| Optical Zoom | 18X | 26X | 35X |
| Iris Ctrl | Auto/Manual | Auto/Manual | Auto/Manual |
| Focus Ctrl | Auto/Manual | Auto/Manual | Auto/Manual |
| Sensitivity | 1/4 shutter 0.05Lux Color 1/4 shutter 0.011ux B/W | 0.7Lux/F1.4 color 0.001Lux/F1.4 B/W | 1/2 shutter 0.008Lux color 1/2 shutter 0.005 Lux B/W |
| synchronization | AC Line lock sync | AC Line lock sync | AC Line lock sync |
| BLC | Auto/Manual | Auto/Manual | Auto/Manual |
| Shutter | Auto/Manual | Auto/Manual | Auto/Manual |
| Gain Ctrl | Auto/Manual | Auto/Manual | Auto/Manual |
| S/N Ratio | >50dB | >50dB | 50dB |
| Video Output | 1Vp-p | 1Vp-p | 1Vp-p |
| High dynamic Range | -- | -- | 80X |



LIVE HELP CLOSED



  DIGITAL VIDEO WITNESS

GS.A



ISO

Toll Free
800-464-0831

©COPYRIGHT. SAY Security, ALL RIGHTS RESERVED

# EXHIBIT  D

**Corsearch
Advantage**

Date Generated: August 20, 2007

## EXTREME CCTV

*Federal*

**Status:** Registered, December 17, 2002
**Goods/Services:**
**Int'l Class:** 9 (U.S. Class: 21, 23, 26, 36, 38)
Surveillance video cameras, namely mounting brackets,
microphone modules, electrical power supplies, lens,
explosion-proof housings; infrared illuminators
**First Use:** January 31, 2000
**In Commerce:** January 31, 2000

**Most Recent Owner:**
Extreme Cctv Inc. (Canada Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 75-899402
**Registration No.:** 2,663,808

**Filed:** January 19, 2000
**Published:** September 25, 2001
**Registered:** December 17, 2002

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed
**Disclaimer:** "CCTV"

**Correspondent:**
Paul D. Gornall
1820-355 Burrard Street
Vancouver, British Columbia
Canada V6Z 1K9

### OWNER INFORMATION

**Registrant/ Applicant:**
Jsg Management Inc. (Canada Corp.)
4060 Mcconnell Drive
Burnaby, B.C., V5A 3A8

**Owner At Publication:**
Jsg Management Inc. (Canada Corp.)
4060 Mcconnell Drive
Burnaby, B.C., V5A 3A8

### ASSIGNMENT HISTORY

**Assignee:**
Extreme Cctv Inc. (Canada Corp.)
4060 Mcconnell Drive
Burnaby, V5A 3A8
**Assignor:**
Jsg Management Inc. (Canada Corp.)

**Recorded:** February 2, 2004
**Assigned:** May 31, 2003
**Reel/Frame:** 2786/0743
**Action:** Assigns the entire interest
and goodwill

**Assignee:**
Extreme Cctv Inc. (British Columbia Corp.)

**Recorded:** June 14, 2002
**Assigned:** May 31, 2002

4060 Mcconnell Drive
Burnaby Bc, V5A 3A8
**Assignor:**
Jsg Management Inc.

**Reel/Frame:** 2528/0683
**Action:** Assigns the entire interest
and goodwill

© 2007 CT Corsearch

EXHIBIT  E

## Corsearch
## Advantage

Date Generated: August 20, 2007

## MOONDANCE
Federal

**Status:** Registered, April 26, 2005

**Goods/Services:**
**Int'l Class:** 9 (U.S. Class: 21, 23, 26, 36, 38)
Surveillance video cameras and related products namely,
mounting brackets, boxes, covers, housings, domes,
pan/tilt motors, microphone modules, power supplies,
battery packs, lens, infrared illuminators, control modules,
radio frequency transmitters, light emitting diode
illuminators
**First Use:** September 3, 2003
**In Commerce:** September 3, 2003

**Most Recent Owner:**
Extreme Cctv Inc. (Canada Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-351120
**Registration No.:** 2,944,304

**Filed:** December 7, 2001
**Published:** July 16, 2002
**Registered:** April 26, 2005

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Correspondent:**
Paul D. Gornall
Barrister & Solicitor
1820 - 355 Burrard Street
Vancouver, British Columbia; Canada
V6Z 1K9

### OWNER INFORMATION

**Registrant:**
Extreme Cctv Inc. (Canada Corp.)
3021 Underhill Ave.
Burnaby, B.C., V5A 3C2

**Owner At Publication:**
Extreme Cctv Inc. (Canada Corp.)
3021 Underhill Ave.
Burnaby, B.C., V5A 3C2

**Applicant:**
Extreme Cctv Inc. (Canada Corp.)
3021 Underhill Ave.
Burnaby, V5A 3C2

© 2007 CT Corsearch

# EXHIBIT  F

Web  Images  Video  News  Maps  Gmail  more ▾                                   Sign in

## Google

| moondance ptz | | Search | Advanced Search |

New! View and manage your web history

**Web**                    Results **1 - 10** of about **1,270** for **moondance ptz**. (0.22 seconds)

Titan - Ruggedized **PTZ**                              *Sponsored Link*
www.saysecurity.com    Extreme Environment, Marine CCTV
Ballistic, IP68, 18X, 26X, 36X Zoom

### Moondance Delivers Surveillance for UK's Royal Navy Lifeboat ...

Extreme CCTV **Moondance PTZ** camera aboard Royal Navy
Lifeboat Institute response ... Extreme CCTV International Inc.'s
**Moondance PTZ** camera is delivering ...
www.securityinfowatch.com/article/article.jsp?
id=10277&siteSection=428 - 47k - Cached - Similar pages

### Moondance Metal PowerDome PTZ Camera - IP68 - Extreme CCTV

Featuring an innovative Metal PowerDome design, **Moondance** is a
ruggedized **PTZ** camera designed for extreme weather
environments and absolute **PTZ** performance. ...
www.extremecctv.com/product_detail.php?product_id=192 - 20k -
Cached - Similar pages

#### Extreme CCTV - Infrared LED Illuminators, Night Vision Video ...

Extreme CCTV announces that the Swindon Crime
Reduction Partnership is using **Moondance PTZ** cameras for
wireless rapid-deployment parapet applications at ...
www.extremecctv.com/products_releases.php - 20k -
Cached - Similar pages
[ More results from www.extremecctv.com ]

### the gpmarketingcanada weblog » 2007 » March

January 11, 2007 - Extreme CCTV International Inc. Extreme
CCTV's **Moondance PTZ** camera is delivering critical surveillance
video aboard the Tamar, ...
gpmarketingcanada.com/rss/archives/date/2007/03/ - 32k -
Cached - Similar pages

### Moondance Delivers Surveillance for Royal National Lifeboat ...

Extreme CCTV's **Moondance PTZ** camera is delivering critical
surveillance video aboard the Tamar, the newest class of lifeboats
in the Royal National Lifeboat ...
www.itsinternational.com/pressreleases/article.cfm?recordID=45 -
20k - Cached - Similar pages

### Security Cameras Video Surveillance System CCTV Systems

... Extreme CCTV with their **Moondance PTZ** ,IR illuminators, Geovision and their wide ...
Pelco Spectra IV SE 35x Day Night **PTZ** Dome Security Camera System ...
www.a1securitycameras.com/ - 42k - Cached - Similar pages

### Security Industry Association - Press Room: Security Industry News

Extreme CCTV International Inc.'s **Moondance PTZ** camera is delivering critical

---

Sponsored Links

#### Pan Tilt Zoom Cameras
Night vision **PTZ** security cameras!
Buy Factory Direct & Save 54%.
EZWatchStore.com/**PTZ**-Cameras

#### EVI-D70 controllers etc.
Discount pricing on the new
RM-BR300 & CP-ITV3 controllers
www.1pcn.com

#### Direct CCTV importers
We import direct to save you money
CCTV camera systems and accessories
www.cctv-camera-dvr.com

#### Clinton CCTV Distributor
Complete CCTV Solution Provider
Public View Monitor Manufacturer
www.clintonelectronics.com

#### CCTV Security Cameras
Day/Night Remote Cameras NetworkDVR
In-Stock Fast Shipping Secured Site
www.AmericaSecured.com

#### Ptz
See everything! Pan/Tilt & 44X Zoom
Free FedEx Shipping - 888-590-2764
www.X10.com
[Google Checkout]

#### GeoVision CCTV Systems
We Specialize in Geovision Systems
DVR cards and Security Cameras
www.ispyvision.com

#### PTZ camera with Pelco D
Everything Included -Wholesale-
High Speed Optical Zoom
www.cctvgadgets.com
[Google Checkout]

More Sponsored Links »

surveillance video aboard the Tamar, the newest class of lifeboats in the ...
www.siaonline.org/news/showPR.cfm?ID=1613 - 38k - Cached - Similar pages

### PTZ Speed Dome delivers bulletproof performance., Extreme CCTV ...
October 11, 2006 - Featuring machined metal ball design with twin support arms,
**Moondance** Ballistic is vandal-proof, hurricane-proof **PTZ** speed dome designed ...
news.thomasnet.com/fullstory/495974 - 69k - Cached - Similar pages

### Moondance is Big Brother on Big Brother, Extreme CCTV Surveillance ...
Extreme CCTV **Moondance**® powerdome **PTZ** camera was used to record footage for the
United Kingdom's popular "Big Brother" TV program. ...
news.thomasnet.com/companystory/524181 - 62k - Cached - Similar pages
[ More results from news.thomasnet.com ]

### Products > Remote Positioning / PTZ > All
Remote Positioning / **PTZ** - All : from VSS, inc. ... 520TVL Indoor In-Ceiling Speed Dome
22x **PTZ** ... **Moondance**™ **Moondance** Ruggedized **PTZ** Dome ...
www.vsscctv.com/Section.asp?CatID=1004 - 69k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

moondance ptz                    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Google Checkout  Learn more