| Attorney Or Party Without Attorney (Name and Address): | Telephone: |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER, LLP<br>225 West Santa Clara, Suite 1200<br>San Jose, California 95113 | 408-292-5800 |
| Attorneys for: | Ref. No. Or File No.<br>346997 |

FOR COURT USE ONLY

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:
EXTREME

Defendant:
SAY SECURITY

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07 4819 HRL |
|---|---|---|---|---|

I, Patrick Wainscott, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : SAY SECURITY GROUP USA AN OHIO LIMITED LIABILITY COMPANY

By Serving       : SHAN GRIFFIN - OPERATIONS MANAGER

Address          : 520 E MONTFORD AVE , ADA, OH 45810
Date & Time      : Tuesday, September 25, 2007 @ 4:50 pm
Witness fees were : Not applicable.

Person serving:
Patrick Wainscott
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $180.00
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 26, 2007        Signature: _____
                                           Patrick Wainscott


Printed on recycled paper