Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>Defendant. | Case No. C-07-4819<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SAY SECURITY GROUP USA TO RESPOND TO COMPLAINT** |

**STIPULATION**

The parties stipulate to a thirty (30) day extension of time to November 14, 2007, for defendant SAY SECURITY GROUP USA to answer or otherwise respond to plaintiffs' Complaint.

IT IS HEREBY STIPULATED.

Dated: October 12, 2007             THELEN REID BROWN RAYSMAN & STEINER

By: _/s/ Christopher L. Ogden_
Christopher L. Ogden
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Attorneys for Plaintiffs

1

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | McQUAID BEDFORD & VAN ZANDT LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Arman Javid |
| | | McQUAID BEDFORD & VAN ZANDT, LLP |
| 5 | | 221 Main Street, 16th Floor |
| | | San Francisco, CA  94105 |
| 6 | | Telephone 415-905-0200 |
| | | Attorneys for Defendant |

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT