Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>     Defendant. | Case No. C-07-4819<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SAY SECURITY GROUP USA TO RESPOND TO COMPLAINT** |

**STIPULATION**

The parties stipulate to a second one month extension to December 14, 2007, for defendant SAY SECURITY GROUP USA to answer or otherwise respond to plaintiffs' Complaint.

IT IS HEREBY STIPULATED.

Dated: November 8th, 2007         THELEN REID BROWN RAYSMAN & STEINER

By: _____
Ronald F. Lopez
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Attorneys for Plaintiffs

1

1 | Dated: November 8, 2007            McQUAID BEDFORD & VAN ZANDT LLP
2
3                                      By: _____
4                                          Arman Javid
                                           McQUAID BEDFORD & VAN ZANDT, LLP
5                                          221 Main Street, 16th Floor
                                           San Francisco, CA  94105
6                                          Telephone 415-905-0200
                                           Attorneys for Defendant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**