Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>    Defendant.<br>_____/ | Case No. C-07-4819 HRL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE; [PROPOSED] ORDER** |

**STIPULATION**

The parties are engaged in settlement discussions and have exchanged settlement proposals. The parties believe that settlement would be facilitated by an order of court continuing the Initial Case Management Conference, extending the case schedule, and resetting all other deadlines by 90 days.

Thus, the parties stipulate to an extension to January 14, 2008, for Defendant Say Security Group USA to answer or otherwise respond to plaintiffs' Complaint. The parties also request that the court continue the Initial Case Management Conference, and accordingly reset the ADR deadlines and all other case schedule deadlines out 90 days.

1

---

**STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND REQUEST FOR CONTINUANCE OF INITIAL CMC AND RESET OF CASE SCHEDULE; ORDER**

1  IT IS HEREBY STIPULATED.

2  Dated: December 10, 2007                    THELEN REID BROWN RAYSMAN & STEINER

3

4                                              By: _____
                                                   Ronald F. Lopez
5                                                  THELEN REID BROWN RAYSMAN &
                                                   STEINER LLP
6                                                  101 Second Street, Suite 1800
                                                   San Francisco, CA 94105-3606
7                                                  Attorneys for Plaintiffs

8  Dated: December 10, 2007                    McQUAID BEDFORD & VAN ZANDT LLP

9

10                                             By: _____
                                                   Arman Javid
11                                                 McQUAID BEDFORD & VAN ZANDT, LLP
                                                   221 Main Street, 16th Floor
12                                                 San Francisco, CA 94105
                                                   Telephone 415-905-0200
13                                                 Attorneys for Defendant

14

15                           **[PROPOSED] ORDER**

16     IT IS HEREBY ORDERED THAT:

17     1.   Defendant Say Security Group USA has until January 14, 2008, to answer or

18  otherwise respond to plaintiffs' Complaint.

19     2.   The Initial Case Management Conference is reset to _____, 2008,

20  and all ADR deadlines and other case schedule deadlines are reset accordingly.

21     IT IS SO ORDERED.

22

23  Dated: _____, 2007          _____
                                                United States District Judge/Magistrate
24

25

26

27

28

2

STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND REQUEST FOR CONTINUANCE
OF INITIAL CMC AND RESET OF CASE SCHEDULE; ORDER