Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202

*E-filed 12/13/07*

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>    Defendant.<br>_____/ | Case No. C-07-4819 HRL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE;** [PROPOSED] **ORDER** |

### STIPULATION

The parties are engaged in settlement discussions and have exchanged settlement proposals. The parties believe that settlement would be facilitated by an order of court continuing the Initial Case Management Conference, extending the case schedule, and resetting all other deadlines by 90 days.

Thus, the parties stipulate to an extension to January 14, 2008, for Defendant Say Security Group USA to answer or otherwise respond to plaintiffs' Complaint.  The parties also request that the court continue the Initial Case Management Conference, and accordingly reset the ADR deadlines and all other case schedule deadlines out 90 days.

1

1  IT IS HEREBY STIPULATED.

2  Dated: December 10, 2007                THELEN REID BROWN RAYSMAN & STEINER

       By: /s/ Ronald F. Lopez
       Ronald F. Lopez
       THELEN REID BROWN RAYSMAN &
       STEINER LLP
       101 Second Street, Suite 1800
       San Francisco, CA 94105-3606
       Attorneys for Plaintiffs

8  Dated: December 10, 2007                McQUAID BEDFORD & VAN ZANDT LLP

       By: /s/ Arman Javid
       Arman Javid
       McQUAID BEDFORD & VAN ZANDT, LLP
       221 Main Street, 16th Floor
       San Francisco, CA 94105
       Telephone 415-905-0200
       Attorneys for Defendant

---

### AMENDED ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant Say Security Group USA has until January 14, 2008, to answer or otherwise respond to plaintiffs' Complaint.

2. The Initial Case Management Conference is reset to <u>March 11, 2008 @ 1:30 pm</u> and all ADR deadlines and other case schedule deadlines are reset accordingly.

3. Further, the parties are ordered to file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge no later than January 28, 2008.

Date: 12/13/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND REQUEST FOR CONTINUANCE OF INITIAL CMC AND RESET OF CASE SCHEDULE; ORDER