Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>　　　　Defendant. | Case No. C-07-4819 HRL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

The parties have exchanged settlement proposals and are working on a settlement agreement. The parties believe that their settlement discussions would benefit from an order of court extending the time to respond to the complaint by 2 weeks.

Thus, the parties stipulate to an extension to January 28, 2008, for Defendant Say Security Group USA to answer or otherwise respond to plaintiffs' Complaint.  This extension would not affect the dates set by the court's recent order continuing the Initial Case Management Conference and associated dates.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  IT IS HEREBY STIPULATED.

2  Dated: January 4, 2008      THELEN REID BROWN RAYSMAN & STEINER

    By: /s/ Ronald F. Lopez
    Ronald F. Lopez
    THELEN REID BROWN RAYSMAN &
    STEINER LLP
    101 Second Street, Suite 1800
    San Francisco, CA 94105-3606
    Attorneys for Plaintiffs

8  Dated: January 4, 2008      McQUAID BEDFORD & VAN ZANDT LLP

    By: /s/ Arman Javid
    Arman Javid
    McQUAID BEDFORD & VAN ZANDT, LLP
    221 Main Street, 16th Floor
    San Francisco, CA 94105
    Telephone 415-905-0200
    Attorneys for Defendant

### ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant Say Security Group USA has until January 28, 2008, to answer or otherwise respond to plaintiffs' Complaint. All other dates set by the court order dated December 13, 2007, are to remain in effect.

IT IS SO ORDERED.

Dated: _____, 2008

United States District Judge/Magistrate

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT