Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar# 103916) rgordet@mbvz.com
**McQUAID BEDFORD & VAN ZANDT** LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202

*E-Filed 1/9/08*

Attorneys for Defendant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EXTREME CCTV, INC., a foreign corporation,
and

FORWARD VISION CCTV LIMITED, a foreign corporation,

    Plaintiffs,

v.

SAY SECURITY GROUP USA, an Ohio limited liability company,

    Defendant.

Case No. C-07-4819 HRL

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## STIPULATION

The parties have exchanged settlement proposals and are working on a settlement agreement. The parties believe that their settlement discussions would benefit from an order of court extending the time to respond to the complaint by 2 weeks.

Thus, the parties stipulate to an extension to January 28, 2008, for Defendant Say Security Group USA to answer or otherwise respond to plaintiffs' Complaint. This extension would not affect the dates set by the court's recent order continuing the Initial Case Management Conference and associated dates.

1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| IT IS HEREBY STIPULATED. | |
| Dated: January 4, 2008 | THELEN REID BROWN RAYSMAN & STEINER<br><br>By: _____<br>Ronald F. Lopez<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3606<br>Attorneys for Plaintiffs |
| Dated: January 4, 2008 | McQUAID BEDFORD & VAN ZANDT LLP<br><br>By: _____<br>Arman Javid<br>McQUAID BEDFORD & VAN ZANDT, LLP<br>221 Main Street, 16th Floor<br>San Francisco, CA 94105<br>Telephone 415-905-0200<br>Attorneys for Defendant |

### ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant Say Security Group USA has until January 28, 2008, to answer or otherwise respond to plaintiffs' Complaint. All other dates set by the court order dated December 13, 2007, are to remain in effect.

IT IS SO ORDERED.

Dated: 1/9/08

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT