1 | Arman Javid (CA Bar #191572) ajavid@mbvz.com
Roy S. Gordet (CA Bar#103916) rgordet@mbvz.com
2 | **McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
3 | San Francisco, CA 94105
Telephone: 415/905-0200
4 | Facsimile:  415/905-0202

5 | Attorneys for Defendant and Cross-Complainant
SAY SECURITY GROUP USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and | Case No. C 07 4819 HRL |
| FORWARD VISION CCTV LIMITED, a foreign corporation, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| Plaintiffs, | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| SAY SECURITY GROUP USA, an Ohio limited liability company, | |
| Defendant. | |
| SAY SECURITY GROUP USA, an Ohio limited liability company, | |
| Cross-complainant, | |
| v. | |
| EXTREME CCTV, INC., a foreign corporation, and | |
| FORWARD VISION CCTV LIMITED, a foreign corporation | |
| Cross-defendants. | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Defendant SAY Security Group USA declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment of this case to a United States District Judge.

Dated: January 28, 2008                    McQUAID BEDFORD & VAN ZANDT LLP


By:_____/s/_____
         Arman Javid
         McQUAID BEDFORD & VAN ZANDT, LLP
         221 Main Street, 16th Floor
         San Francisco, CA  94105
         Telephone 415-905-0200
         Attorneys for Defendant and Cross-Complaint
         SAY Security Group USA

2