**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Extreme CCTV, Inc., a foreign corporation, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> Say Security Group USA, an Ohio limited liability company, . <br><br> Defendant. _____/ | No. C07-04819 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 11, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: January 29, 2008               RICHARD W. WIEKING,
                                      United States District Court

                                       */s/ Patty Cromwell*
                                      By: Patty Cromwell
                                      Courtroom Deputy Clerk to
                                      Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Roy S. Gordet    rgordet@mbvz.com, admin@gordetlaw.com, bdowd@mbvz.com, tbechelli@mbvz.com
5
   Arman Javid , Esq    ajavid@mbvz.com
6
   Robert Edward Krebs    rkrebs@thelenreid.com, avaldivia@thelenreid.com
7
   Ronald Frank Lopez    rflopez@thelenreid.com, mcabato@thelenreid.com
8
   Christopher Lee Ogden    cogden@thelen.com, mwaller@thelenreid.com, yespinoza@thelenreid.com
9
10 Marlene Janet Williams    mjwilliams@thelenreid.com

**United States District Court**
For the Northern District of California