# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Extreme CCTV, Inc.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Say Security Group USA,<br><br>            Defendant(s). | 07-04819 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: February 20, 2008

             RICHARD W. WIEKING
             Clerk
             by:    Timothy J. Smagacz

             *Timothy Smagacz* (signature)
             _____
             ADR Administrative Assistant
             415-522-4205
             Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04819 CW                                       -2-

PROOF OF SERVICE

Case Name:      Extreme CCTV, Inc. v. Say Security Group USA

Case Number:    07-04819 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert Edward Krebs
> Thelen Reid Brown Raysman & Steiner LLP
> 225 West Santa Clara Street
> Suite 1200
> San Jose, CA 95113-1723
> rkrebs@thelenreid.com
>
> Christopher Lee Ogden
> Thelen Reid Brown Raysman & Steiner LLP
> 225 West Santa Clara Street
> Suite 1200
> San Jose, CA 95113-1723
> cogden@thelen.com
>
> Marlene Janet Williams
> Thelen Reid & Brown Raysman & Steiner LLP
> 101 Second Street
> Suite 1800
> San Francisco, CA 94105
> mjwilliams@thelenreid.com

Ronald Frank Lopez
Thelen Reid & Brown Raysman & Steiner LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3601
rflopez@thelenreid.com

Arman Javid Esq.
McQUAID BEDFORD & VAN ZANDT LLP
221 MAIN STREET, 16TH FLOOR
SAN FRANCISCO, CA 94105-1936
ajavid@mbvz.com

Roy S. Gordet
McQuaid Bedford & Van Zandt LLP
221 Main Street
16th Floor
San Francisco, CA 94105
rgordet@mbvz.com

Extreme CCTV, Inc.
,

Forward Vision CCTV Limited
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:    Timothy J. Smagacz

                                            */s/ Timothy Smagacz*
                                            ADR Administrative Assistant
                                            415-522-4205
                                            Tim_Smagacz@cand.uscourts.gov