UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME CCTV, INC.,<br>a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAY SECURITY GROUP USA,<br>an Ohio limited liability company ,<br><br>　　　　　Defendant. | Case No.: CV 07-04819 CW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S COUNTERCLAIMS; [PROPOSED] ORDER FILED SEPARATELY** |

| | |
|---|---|
| 1 | **STIPULATION** |

The parties are engaged in settlement discussions, have exchanged settlement proposals, and believe that settlement would be facilitated by an order of court extending plaintiffs' deadline to reply to defendant's counterclaims.

The parties, through their respective undersigned counsel, hereby stipulate that plaintiffs Extreme CCTV, Inc. and Forward Vision CCTV Limited shall have until March 24, 2008 to file its reply to defendant Say Security Group USA's counterclaims.

DATED: February 22, 2008         THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ Ronald F. Lopez_____
RONALD F. LOPEZ
Counsel for Extreme CCTV, Inc. and
Forward Vision CCTV Limited


DATED: February 22, 2008         McQUAID BEDFORD & VAN ZANDT LLP

By _____
ARMAN JAVID
Counsel for Say Security Group USA

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME CCTV, INC.,<br>a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a<br>foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAY SECURITY GROUP USA,<br>an Ohio limited liability company,<br><br>Defendant. | Case No.: CV 07-04819 CW<br><br>**STIPULATION FOR EXTENSION OF**<br>**TIME FOR PLAINTIFFS TO REPLY TO**<br>**DEFENDANT'S COUNTERCLAIMS;**<br>**[PROPOSED] ORDER FILED**<br>**SEPARATELY** |

SF #1431313 v1

STIPULATION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S COUNTERCLAIMS

## STIPULATION

The parties are engaged in settlement discussions, have exchanged settlement proposals, and believe that settlement would be facilitated by an order of court extending plaintiffs' deadline to reply to defendant's counterclaims.

The parties, through their respective undersigned counsel, hereby stipulate that plaintiffs Extreme CCTV, Inc. and Forward Vision CCTV Limited shall have until March 24, 2008 to file its reply to defendant Say Security Group USA's counterclaims.

DATED: February 22, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
RONALD F. LOPEZ
Counsel for Extreme CCTV, Inc. and
Forward Vision CCTV Limited

DATED: February 22, 2008            McQUAID BEDFORD & VAN ZANDT LLP

By _____
ARMAN JAVID
Counsel for Say Security Group USA

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  EXTREME CCTV, INC., a foreign corporation, and | Case No.: CV 07-04819 CW |
| 11  FORWARD VISION CCTV LIMITED, a foreign corporation, | **[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S COUNTERCLAIMS** |
| 12 | |
| 13        Plaintiffs, | |
| 14        vs. | |
| 15  SAY SECURITY GROUP USA, an Ohio limited liability company, | |
| 16        Defendant. | |
| 17 | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

SF #1431505 v1

1  Having reviewed the Stipulation for Extension of Time to Reply to Defendant's
2  Counterclaims, given that the parties are engaged in settlement discussions, have exchanged
3  settlement proposals, and believe that settlement would be facilitated by an order of court
4  extending plaintiffs' deadline to reply to defendant's counterclaims, and Good Cause appearing
5  therefore:.
6  Plaintiffs Extreme CCTV, Inc. and Forward Vision CCTV Limited shall have until March
7  24, 2008 to file its reply to defendant Say Security Group USA's counterclaims.

9  IT IS SO ORDERED.
10 Dated: _____          _____
11                                       The Honorable Claudia Wilken
                                         United States District Court Judge

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  EXTREME CCTV, INC., a foreign corporation, and | Case No.: CV 07-04819 CW |
| 11  FORWARD VISION CCTV LIMITED, a foreign corporation, | **GENERAL ORDER 45 DECLARATION OF LISA C. McCURDY RE SIGNATURE OF RONALD F. LOPEZ** |
| 12 | |
| 13              Plaintiffs, | |
| 14       vs. | |
| 15  SAY SECURITY GROUP USA, an Ohio limited liability company , | |
| 16              Defendant. | |
| 17 | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

SF #1431724 v1

GENERAL ORDER 45 DECLARATION

1  I, Lisa C. McCurdy, declare as follows:

2  1.  I am a member in good standing of the State Bar of California and an associate with Thelen Reid Brown Raysman & Steiner LLP, attorneys for plaintiffs in the above-entitled action. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto. I make this declaration in support of the parties' stipulation to extend the time for plaintiffs to respond to defendant's counterclaims.

2.  Pursuant to General Order 45 of this Court, I hereby verify that concurrence in the filing of the stipulation submitted concurrently herewith was obtained from Ronald F. Lopez, whose signature is provided electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on February 22, 2008 in San Francisco, California.

                              /s/ Lisa C. McCurdy
                                Lisa McCurdy