UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXTREME CCTV, INC. et al,

                    Plaintiff(s),

        v.

SAY SECURITY GROUP USA,

                    Defendant(s).
_____/

CASE NO. C 07-04819 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

        other requested deadline  _____

Dated: 2/25/08 _____                                  /s/ Ronald F. Lopez_____
                                                                     Attorney for Plaintiff

Dated:_____                                                                     Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.


Dated:_____                              _____

                                                              UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXTREME CCTV, INC., et al,

        Plaintiff(s),

CASE NO. C 07-04819 CW

v.

SAY SECURITY GROUP USA,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated:_____

                                                          Attorney for Plaintiff

Dated: 2/20/08

                                                          Attorney ~~for~~ Defendant

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  | EXTREME CCTV, INC.,                  | Case No.: CV 07-04819 CW
    | a foreign corporation, and           |
11  |                                      | **GENERAL ORDER 45 DECLARATION**
    | FORWARD VISION CCTV LIMITED, a       | **OF LISA C. McCURDY RE SIGNATURE**
12  | foreign corporation,                 | **OF RONALD F. LOPEZ**
13  |            Plaintiffs,               |
14  |       vs.                            |
15  | SAY SECURITY GROUP USA,              |
    | an Ohio limited liability company ,  |
16  |            Defendant.                |
17
18
19
20
21
22
23
24
25
26
27
28

SF #1432814 v1

GENERAL ORDER 45 DECLARATION

I, Lisa C. McCurdy , declare as follows:

1.  I am a member in good standing of the State Bar of California and an associate with Thelen Reid Brown Raysman & Steiner LLP, attorneys for plaintiffs in the above-entitled action. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto. I make this declaration in support of the parties' Stipulation Selecting ADR Process.

2.  Pursuant to General Order 45 of this Court, I hereby verify that concurrence in the filing of the stipulation submitted concurrently herewith was obtained from Ronald F. Lopez, whose signature is provided electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on February 25, 2008 in San Francisco, California.

                                                  /s/ Lisa C. McCurdy
                                                  Lisa McCurdy