1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME CCTV, INC.,<br>a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAY SECURITY GROUP USA,<br>an Ohio limited liability company ,<br><br>Defendant. | Case No.: CV 07-04819 CW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S COUNTERCLAIMS |

1    Having reviewed the Stipulation for Extension of Time to Reply to Defendant's
2    Counterclaims, given that the parties are engaged in settlement discussions, have exchanged
3    settlement proposals, and believe that settlement would be facilitated by an order of court
4    extending plaintiffs' deadline to reply to defendant's counterclaims, and Good Cause appearing
5    therefore:.
6    Plaintiffs Extreme CCTV, Inc. and Forward Vision CCTV Limited shall have until March
7    24, 2008 to file its reply to defendant Say Security Group USA's counterclaims.

9    IT IS SO ORDERED.
10   Dated: ___3/6/08_____    _____
11                                       The Honorable Claudia Wilken
                                         United States District Court Judge