# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Extreme CCTV, Inc., | 07-04819 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Say Security Group USA, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Samuel R. Miller**
Sidley Austin
555 California St., Suite 2000
San Francisco, CA 94104
415-772-1200

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04819 CW MED                                                  - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04819 CW MED                          - 2 -