UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. CV 07-04819 CW

Plaintiff(s),

v.

Defendant(s).

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4-14-08

Signature _____

Counsel for _Defendant SMY Security Group USA_
(Plaintiff, Defendant, or indicate "pro se")