```
 1  RONALD F. LOPEZ,  CA BAR NO. 111756, rflopez@thelen.com
    MARLENE WILLIAMS, CA BAR NO. 197107, mjwilliams@thelen.com
 2  THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
 3  San Francisco, CA  94105–3606
    Telephone:  (415) 371–1200
 4  Facsimile:  (415) 371–1211

 5  ROBERT E. KREBS (SBN 57526), rkrebs@thelen.com
    CHRISTOPHER L. OGDEN (SBN 235517), cogden@thelen.com
 6  THELEN REID BROWN RAYSMAN & STEINER LLP
    225 West San Carlos Street, Suite 1200
 7  San Jose, CA  95113
    Telephone: (408) 292–5800
 8  Facsimile:  (408) 287–8040

 9
    Attorneys for Plaintiffs
10  EXTREME CCTV, INC. and
    FORWARD VISION CCTV LIMITED
11
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EXTREME CCTV, INC., a foreign corporation, and FORWARD VISION CCTV LIMITED, a foreign corporation, <br><br>         Plaintiffs, <br><br>  vs. <br><br>SAY SECURITY GROUP USA, an Ohio limited liability company , <br><br>         Defendant. | Case No.: CV 07-04819 CW <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAY SECURITY GROUP USA PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY** |
|---|---|

      The parties hereto, having amicably resolved their differences and having entered into a settlement agreement (docket #29), hereby stipulate to a dismissal of this action as to defendant,

///

///

Say Security Group USA, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees.

DATED:   July 7, 2008             THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Ronald F. Lopez
   Ronald F. Lopez
   Counsel for Extreme CCTV, Inc. and
   Forward Vision CCTV Limited

DATED:   July 7, 2008             McQUAID BEDFORD & VAN ZANDT LLP

By /s/ Arman Javid
   Arman Javid
   Counsel for Say Security Group USA

I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Ronald F. Lopez
Ronald F. Lopez
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

The Honorable Claudia Wilken
United States District Court Judge