1  RONALD F. LOPEZ, CA BAR NO. 111756, rflopez@thelen.com
   MARLENE WILLIAMS, CA BAR NO. 197107, mjwilliams@thelen.com
2  **THELEN REID BROWN RAYSMAN & STEINER LLP**
   101 Second Street, Suite 1800
3  San Francisco, CA 94105–3606
   Telephone: (415) 371–1200
4  Facsimile: (415) 371–1211

5  ROBERT E. KREBS (SBN 57526), rkrebs@thelen.com
   CHRISTOPHER L. OGDEN (SBN 235517), cogden@thelen.com
6  **THELEN REID BROWN RAYSMAN & STEINER LLP**
   225 West San Carlos Street, Suite 1200
7  San Jose, CA 95113
   Telephone: (408) 292–5800
8  Facsimile: (408) 287–8040

9

10 Attorneys for Plaintiffs
   EXTREME CCTV, INC. and
11 FORWARD VISION CCTV LIMITED

12

13                   UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| EXTREME CCTV, INC.,<br>a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAY SECURITY GROUP USA,<br>an Ohio limited liability company ,<br><br>Defendant. | Case No.: CV 07-04819 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAY SECURITY GROUP USA PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY** |

The parties hereto, having amicably resolved their differences and having entered into a settlement agreement (docket #29), hereby stipulate to a dismissal of this action as to defendant,

///

///

Say Security Group USA, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees.

DATED:   July 7, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Ronald F. Lopez
   Ronald F. Lopez
   Counsel for Extreme CCTV, Inc. and
   Forward Vision CCTV Limited

DATED:   July 7, 2008        McQUAID BEDFORD & VAN ZANDT LLP

By /s/ Arman Javid
   Arman Javid
   Counsel for Say Security Group USA

I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Ronald F. Lopez
Ronald F. Lopez
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

The Honorable Claudia Wilken
United States District Court Judge