RONALD F. LOPEZ, CA BAR NO. 111756, rflopez@thelen.com
MARLENE WILLIAMS, CA BAR NO. 197107, mjwilliams@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Telephone: (415) 371–1200
Facsimile: (415) 371–1211

ROBERT E. KREBS (SBN 57526), rkrebs@thelen.com
CHRISTOPHER L. OGDEN (SBN 235517), cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER LLP**
225 West San Carlos Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 292–5800
Facsimile: (408) 287–8040

Attorneys for Plaintiffs
EXTREME CCTV, INC. and
FORWARD VISION CCTV LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>    Defendant. | Case No.: CV 07-04819 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAY SECURITY GROUP USA PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY** |

The parties hereto, having amicably resolved their differences and having entered into a settlement agreement (docket #29), hereby stipulate to a dismissal of this action as to defendant,

///

///

Say Security Group USA, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees.

DATED: July 7, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Ronald F. Lopez
 Ronald F. Lopez
 Counsel for Extreme CCTV, Inc. and
 Forward Vision CCTV Limited

DATED: July 7, 2008          McQUAID BEDFORD & VAN ZANDT LLP

By /s/ Arman Javid
 Arman Javid
 Counsel for Say Security Group USA

I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Ronald F. Lopez
Ronald F. Lopez
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/8, 2008

The Honorable Claudia Wilken
United States District Court Judge

SF #1517267 v1                                -2-
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAY SECURITY GROUP
USA PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED ORDER]