1  ARMAN JAVID, CA BAR NO. 191572,
   AJavid@hansonbridgett.com
2  **HANSON BRIDGETT LLP, formerly McQUAID BEDFORD & VAN ZANDT LLP**
3  425 Market Street, 26th Floor
4  San Francisco, CA 94105
   Telephone: (415) 995-5889
5  Facsimile: (415) 995-3571

6  Attorneys for Defendant and Cross-complainant
7  SAY SECURITY GROUP USA

RONALD F. LOPEZ,  CA BAR NO. 111756,
rflopez@thelen.com
MARLENE WILLIAMS, CA BAR NO. 197107,
mjwilliams@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105–3606
Telephone:  (415) 371–1200
Facsimile:  (415) 371–1211

Attorneys for Plaintiffs
EXTREME CCTV, INC. and
FORWARD VISION CCTV LIMITED

9  ROBERT E. KREBS (SBN 57526),
   rkrebs@thelen.com
   CHRISTOPHER L. OGDEN (SBN 235517), cogden@thelen.com
11 **THELEN REID BROWN RAYSMAN & STEINER LLP**
   225 West San Carlos Street, Suite 1200
12 San Jose, CA  95113
   Telephone: (408) 292–5800
13 Facsimile:  (408) 287–8040

14 Attorneys for Plaintiffs
15 EXTREME CCTV, INC. and
   FORWARD VISION CCTV LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME CCTV, INC., a foreign corporation, and<br><br>FORWARD VISION CCTV LIMITED, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAY SECURITY GROUP USA, an Ohio limited liability company,<br><br>Defendant. | Case No.: CV 07-04819 CW<br><br>**STIPULATION OF DISMISSAL OF COUNTER-CLAIMS WITH PREJUDICE AS TO PLAINTIFFS AND CROSS-DEFENDANTS, EXTREME CCTV, INC., AND FORWARD VISION CCTV LIMITED, PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY** |

| | |
|---|---|
| 1 | SAY SECURITY GROUP USA, |
| 2 | an Ohio limited liability company , |
| 3 | Cross-complainant, |
| 4 | vs. |
| 5 | EXTREME CCTV, INC., a foreign corporation, and |
| 6 | |
| 7 | FORWARD VISION CCTV LIMITED, a foreign corporation, |
| 8 | Cross-defendants |

The parties hereto, having amicably resolved their differences, having entered into a settlement agreement (docket #29), and having stipulated to a dismissal of this action as to defendant and cross-complainant, SAY SECURITY GROUP USA (docket #30 and #31), hereby stipulate to a dismissal of all counter-claims as related to this action against plaintiffs and cross-defendants, EXTREME CCTV, INC., and FORWARD VISION CCTV LIMITED, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Additionally, SAY SECURITY GROUP USA agrees to dismiss its Cancellation action No. 92048613 before the Trademark Trial and Appeal Board without prejudice prior to EXTREME CCTV, INC.'s deadline for filing an answer or with prejudice if EXTREME CCTV, INC. is forced to answer.

Each party shall bear its own costs and attorney's fees.


DATED:_____July 9, 2008_____        THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Ronald F. Lopez_____
Ronald F. Lopez
Counsel for Extreme CCTV, Inc. and
Forward Vision CCTV Limited

//

1  DATED: July 9, 2008         HANSON BRIDGETT LLP, formerly McQUAID
                                BEDFORD & VAN ZANDT LLP

3                               By /s/ Arman Javid
                                   Arman Javid
4                                  Counsel for Say Security Group USA

7  I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
8  concurrence to the filing of this document has been obtained from each signatory hereto.

                                /s/ Ronald F. Lopez
                                Ronald F. Lopez
                                Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/10 , 2008         _____
                                The Honorable Claudia Wilken
                                United States District Court Judge

SF #1519829 v2                  -3-

STIPULATION OF DISMISSAL OF COUNTER-CLAIMS WITH PREJUDICE AS TO PLAINTIFFS AND CROSS-
DEFENDANTS, EXTREME CCTV, INC., AND FORWARD VISION CCTV LIMITED, PURSUANT TO RULE
41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY